Court of Criminal Appeals    Additional Attn Attor(en an)
P.O. Box 12308 Capitol Station    Gov. State of Texas
Austin Texas 78711

Relf Pauperis U. Ca

Chris Masters 441607
4 Jester Road  T-4 Unit
Richmond Texas 77406

20,320-03

I am illegally confined and restrained of my liberty abusively, prisoner condition are woefully inadequate and exist. Administration of Judicial Discretionary Powers. I was illegally detained on 9-4-85, brief question "no" 40 minute excessive hold, then illegally arrested on 9-9-85, the affirant do n relate/compile the offenses, Mayor Whitmire acted in deadly, Army hope/gain over mai exam, detective (Jerry Olivia) sai he na me p.o. agent, I was beaten in the presence of my landlady, the judge Arias se he tried to jump me for his own benefit over being made at the onset of the arrest superior to him as a p. agent and in the 9-12-85 arraignment here, tried to gay rape manner, crow/or kiss me and never protected to p. agent die. yet deliberately classified me to no credo sufficient meals and (that of) affirant causing the bailiff (K) Goode) to di deci 30 years custody. I was taken to trial with no evidence, 3-15 second victim insufficient alerting nevertheless to id me sic, and the other (driver) did n s the no robb er ny take place, only the exit from the store, no hearings, denial of statutory prosperity; see the accomuedart, the allegation is federal 40 thou da chks stolen s and the like Arias socially project pees. Coaws is releton of just (after trial a month) I was savagely beaten a several times repeatedly and moved to prison where I was in clasif d. from rider to police handl e a, placed in solsee. (Eastham, so Ruiz us Estelle) force d into psych d. (medication), at Ellis II for 6 years, Skyview for 15 yers and Jester 4 (now) for 15 years (27 years of record top smul). I despaired as the state admin. last 6 months of 30 yers assaulted me, my appeal ignored, with right to custodize innuedo, which (sic) is normal for this state Texas. I have always objected (in unit —1111) as ache, beatings, food denial, psych and other pareano clasif d. Gagged in trail to the courts, rank, the warden, which are not respond thee ETC.; 441607 Tx Dpt Crim Just in oia, 723369 Harris County spn. Harris County, Texas Dist. Ct. 432544, 14th da 1986 00684 who sutu and wouldn't let here in the interof ; DOCKETED 4/NO RSPNSE and 3x your appeal is denied do not appeal again. For relf d. 2 pr sol Levis prewash 30x30, 1 blue and 1 black Osmier skirts 2x, 2 pr Remy racquetball/green tennis shoes 10½, white Rnincoat navy 2x and light travel bag, comm am in beaer US cashiers cnk, 2½ Million US Tesy Bond. Please relf Pauperis o ad tspedumpl. On envelope true and correct as state sic (c of as in) ⟨⟩ Chris Masters 441607 Tx Dpt Crim Just in oia   OPEN COURT DISMISSAL 62415  Also add, please so, 50 beaer brochure cashiers cnks and ride with guard pay for ticket to Dulles Airport o ⟨⟩ REUP 1 Honda 500 Ea. 4z   $500=

RECEIVED IN
COURT OF CRIMINAL APPEALS
JUN 29 2015
Abel Acosta, Clerk

Ct. of Crim. Appeals     Chris Mastees 4411607

P.O. Box 12308, Capital Station  4 Jester Road J-4 Unit

Austin Texas 78711     Richmond Texas 77406

Motion To Proceed in Pauperis

Comes now Chris Mastees who moves the court to allow the accompany-
ing writ for Admin of Judicial Discretionary Powers to be heard and
it is deemed done. refused.

## ORDER

On this the ___ of ___ 20 ___, came review of Mastees Admin
of Judicial Discretionary Powers and it is Granted in full.
   day  month

_____
Judge's Signature

_____

Additional Attn: Attor. Gen. and Gov. State of Texas